UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELINA PLOUGH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-CV-01175-KNS |
| | : | |
| HOME DEPOT U.S.A., INC. | : | |

**ORDER**

AND NOW, this 31st day of August, 2026, upon consideration of Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. §1404, and Plaintiff's response thereto, if any, it is hereby ORDERED and DECREED that said Motion is Granted.

IT IS FURTHER ORDERED that the above-captioned matter is hereby transferred to the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_______________________ J.